IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSEPH SIMMONS,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1897

Opinion filed June 24, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Joseph Simmons, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DENIED as untimely.  See Fla. R. App. P. 9.141(c)(5)(A).

ROBERTS, C.J., WOLF and RAY, JJ., CONCUR.